IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| KAREN PALENCAR | ) | CASE NO.: 2:17-cv-259 |
| --- | --- | --- |
| Plaintiff, | ) | JUDGE ALGENON L. MARBLEY |
| v. | ) | MAGISTRATE JUDGE KIMBERLY A. JOLSON |
| KOKOSING CONSTRUCTION COMPANY, INC., | ) | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE & ORDER** |
| Defendant. | ) | |

The Parties, by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), have stipulated and agreed to the voluntary dismissal of all claims against Defendant with prejudice. Each party to bear their own costs.

Respectfully submitted,

| /s/ Gregory R. Mansell | /s/ Evelyn P. Schonberg |
| --- | --- |
| Gregory R. Mansell (0085197) | Evelyn P. Schonberg (0020176) |
| Carrie J. Dyer (0090539) | Ross, Brittain & Schonberg Co. L.P.A. |
| Mansell Law LLC | 6480 Rockside Woods Blvd. South - Suite 350 |
| 1457 S. High St. | Cleveland, OH 44131 |
| Columbus, Ohio 43207 | Phone:  216-447-1551 |
| Phone: 614- 610-4134 | Fax:  216-447-1554 |
| Fax: 513- 826-9311 | lynns@rbslaw.com |
| Greg@manselllawllc.com | |
| Attorneys for Plaintiff | Attorney for Defendant |

It is therefore ORDERED AND ADJUDGED as follows:

The above case is hereby DISMISSED WITH PREJUDICE; each party to bear their own costs.

  ORDERED this _____ day of _____, 2017.

                 _____
                 JUDGE ALGENON L. MARBLEY